**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Email:  ghayes@tysonmendes.com
CHRISTOPHER A. LUND
Nevada Bar No. 12435
Email: clund@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant IMI Miracle Mall LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH TUCKER, individually,<br><br>  Plaintiff,<br><br>  v.<br><br>IMI MIRACLE MALL LLC DBA MIRACLE MILE SHOPS, a Foreign Limited-Liability Company; and DOES I through X, inclusive,<br><br>  Defendants. | Case No.  2:23-cv-01794-JAD-DJA<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

COMES NOW, Defendant IMI Miracle Mall LLC, by and through its counsel of record, Griffith H. Hayes, Esq., and Christopher A. Lund, Esq., of TYSON & MENDES, LLP, and moves this Court to remove attorney Ty M. Maynarich, Esq., formerly of TYSON & MENDES, LLP, from the CM/ECF service list for the above-entitled matter. Griffith H. Hayes and Christopher A. Lund will be the counsel of record going forward for Defendant IMI MIRACLE MALL LLC.

///

////

///

///

////

1

Dated: March 14, 2024					TYSON & MENDES LLP

*/s/ Griffith H. Hayes*
Griffith H. Hayes
Nevada Bar No. 7374
Christopher A. Lund
Nevada Bar No. 12435
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Attorneys for Defendant IMI Miracle Mall LLC*

**IT IS SO ORDERED**.

DATED: 3/15/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), and/or or LR IC 4-1, The undersigned, an employee of TYSON & MENDES LLP, hereby certifies that on March 14, 2024, a copy of **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** was served by electronic service in accordance with the Court's CM/ECF program on all parties or persons requiring notice:

ELAINE H. MARZOLA, ESQ.
Nevada Bar No. 12442
YVONNE RUIZ, ESQ.
Nevada Bar No. 14111
MARZOLA & RUIZ LAW GROUP PLLC
2920 N. Green Valley Parkway, Bldg. 2, Suite 219
Henderson, Nevada 89014
Telephone: (702) 707-4878
Facsimile: (702) 846-0776
elahie@marzolaruizlaw.com
yvonne@marzolaruizlaw.com
*Attorneys for Plaintiff*

   */s/ Kelly Knaus*
   An employee of Tyson & Mendes LLP

3