**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Email:  ghayes@tysonmendes.com
CHRISTOPHER A. LUND
Nevada Bar No. 12435
Email: clund@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant IMI Miracle*
*Mall LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELIZABETH TUCKER, individually,<br><br>   Plaintiff,<br><br>   v.<br><br>IMI MIRACLE MALL LLC DBA MIRACLE MILE SHOPS, a Foreign Limited-Liability Company; and DOES I through X, inclusive,<br><br>   Defendants. | Case No.  2:23-cv-01794-JAD-DJA<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, between the parties and their attorneys of record, that **the current discovery deadlines relating to be extended approximately three (3) months,** pursuant to Local Rule 26-1(b)**.**

**I.**
**DISCOVERY COMPLETED TO DATE**

1.    The parties have conducted the FRCP 26.1 Early Case Conference.

2.    The parties have produced their respective Lists of Witnesses and Documents, and supplements thereto pursuant to FRCP 26(a).

3.    Plaintiff has propounded discovery to Defendant.

4.    Defendant has propounded discovery to Plaintiff.

5.    Plaintiff has responded to Defendant's discovery requests.

1

7.     Defendant has responded to Plaintiff's discovery requests.

## II.
## DISCOVERY THAT REMAINS TO BE COMPLETED

1.     Deposition of Plaintiff.

2.     Deposition of Defendant IMI Miracle Mall LLC's 30(b)(6) witness(es).

3.     Plaintiff's FRCP 35 Examination.

4.     Deposition(s) of Plaintiff's treating physicians.

5.     Deposition of other percipient witnesses.

6.     Initial expert disclosures.

7.     Rebuttal expert disclosures.

8.     Depositions of experts.

9.     Issuing subpoenas to additional third-parties, including Plaintiff's medical providers (if any).

10.     Additional written discovery (if necessary).

11.     Any remaining discovery the parties deem relevant and necessary as discovery continues.

## III.
## REASONS THE PARTIES REQUEST TO EXTEND THE DISCOVERY DEADLINES

The parties aver, pursuant to Local Rule 26-3, that good cause exists for the following requested extension. This Request for an extension of time is not sought for any improper purpose other purpose of delay. Good cause exist as a new party ECS FEDERAL, LLC has been named by Plaintiff. Service upon this respondent occurred on March 5, 2024. ECS FEDERAL, LLC's answer is due on or before March 26, 2024.  For the reasons set forth more fully below, it is necessary to continue to deadlines so the new party can appear in the case and participate in the the deposition and IME of Plaintiff can be completed prior to the initial expert disclosure deadlines.

**Extension or Modification of The Discovery Plan and Scheduling Order.**

 LR 26-3 governs modifications or extension of the Discovery Plan and Scheduling

2

1   Order. Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order

2   must be made no later than twenty-one (21) days before the expiration of the subject deadline

3   and must comply fully with LR 26-3. If the stipulation is made less than twenty-one (21) days

4   before the expiration of a deadline, the parties must show a good cause exist. As stated above

5   good cause exist as a new party ECS FEDERAL, LLC has been named by Plaintiff. Service upon

6   this respondent occurred on March 5, 2024. ECS FEDERAL, LLC's answer is due on or before

7   March 26, 2024

| Discovery Deadline | Current Deadline | Proposed Deadline |
|---|---|---|
| Motion to Amend/Add Parties | March 26, 2024 | June 26, 2024 |
| Initial Expert Disclosures | April 25, 2024 | July 25, 2024 |
| All Rebuttal Expert Disclosures | May 28, 2024 | August 28, 2024 |
| Discovery Cut-Off Date | June 24, 2024 | September 24, 2024 |
| Dispositive Motions | July 24, 2024 | October 24, 2024 |

The parties represent this Stipulation is sought in good faith and not interposed for delay or any other improper purpose.

The Dated this 27th day of March, 2024.        Dated this 27th day of March, 2024.

**MAROLA & RUIZ LAW GROUP PLLC**        **TYSON & MENDES LLP**


 /s/ Yvonne Ruiz                                    /s/ Griffith H. Hayes
ELAINE H. MARZOLA                          GRIFFITH H. HAYES
Nevada Bar No.: 12442                        Nevada Bar No. 7374
YVONNE RUIZ                                   CHRISTOPHER A. LUND
Nevada Bar No: 14111                          Nevada Bar No. 12435
8975 South Pecos Road, Suite 6B            2835 St. Rose Pkwy., Suite 140
Henderson, Nevada 89074                     Henderson, NV 89052
*Attorneys for Plaintiff*                        *Attorneys for Defendant IMI Miracle Mall*
                                                   *LLC*

3

1  **IT IS SO ORDERED** that the parties' stipulation to extend discovery deadlines (ECF No. 22) is GRANTED.

2

3

_____
UNITED STATES MAGISTRATE JUDGE

4  DATED: 3/28/2024

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| **From:** | Yvonne Ruiz |
| **To:** | Griffith Hayes |
| **Cc:** | Stefania Rota Scalabrini; Heidi Brown |
| **Subject:** | RE: Tucker v. IMI Miracle Mile LLC et. al. ( TM 23-3388) |
| **Date:** | Wednesday, March 20, 2024 3:19:50 PM |
| **Attachments:** | image001.png |
| | 2024.03.20 SAO to extend (A7343468xDBB43).docx |

Attached is my redline revision.  If you are agreeable, then you can affix my electronic signature.

Sincerely,

**\*Please note our new office address\***

Yvonne Ruiz, Esq.

Marzola & Ruiz Law Group PLLC

8975 S. Pecos Rd., Suite 6B

Henderson, Nevada 89074

T: 702-707-4878

F: 702-846-0776

D: 702-800-5961

Licensed in Nevada and California

yvonne@marzolaruizlaw.com

www.marzolaruizlaw.com



Confidentiality Notice: This message and any attachments are for the named person's use only. The message and any attachment may contain confidential, proprietary, or privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it. Please do not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient.  Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act.

**From:** Griffith Hayes <ghayes@TysonMendes.com>
**Sent:** Wednesday, March 20, 2024 11:30 AM

**To:** Yvonne Ruiz <yvonne@marzolaruizlaw.com>
**Cc:** Stefania Rota Scalabrini <SRotascalabrini@TysonMendes.com>; Heidi Brown <HBrown@TysonMendes.com>
**Subject:** Tucker v. IMI Miracle Mile LLC et. al. ( TM 23-3388)

Hi Yvonne,

Here is the proposed stipulation extending the dates by about 3 months. Let me know if this is approved.

Thanks.  Griff