1
2
3
4
5
6
7

**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Email:  ghayes@tysonmendes.com
CHRISTOPHER A. LUND
Nevada Bar No. 12435
Email: clund@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant IMI Miracle Mall LLC*

8
9

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

10
11
12
13
14
15
16
17

| | |
|---|---|
| ELIZABETH TUCKER, individually,<br><br>    Plaintiff,<br><br>    v.<br><br>IMI MIRACLE MALL LLC DBA MIRACLE MILE SHOPS, a Foreign Limited-Liability Company; and DOES I through X, inclusive,<br><br>    Defendants. | Case No.  2:23-cv-01794-JAD-DJA<br><br>**STIPULATION AND ORDER REGARDING PLANTIFF'S SECOND AMENDED COMPLAINT**<br><br>**(Second Request)** |

18
19
20
21

   **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff ELIZABETH TUCKER ("Plaintiff"), by and through her attorney Yvonne Ruiz, Esq. of MAROLA & RUIZ LAW GROUP PLLC and Defendant IMI MIRACLE MALL LLC ("IMI") by and through its attorney Griffith H. Hayes, Esq. of TYSON & MENDES, LLP:

22

### FACTS

23
24
25

   1.  The incident occurred on November 15, 2021. Plaintiff's original complaint ("Complaint") was filed on August 8, 2023. IMI is the only named defendant. IMI filed its amended answer to the Complaint on September 13, 2022.

26
27
28

   2.  A service agreement was in place at the time of the subject incident between IMI and ESC Federal LLC ("ESC FED") for janitorial services at the Miracle Mile. ESC FED is an owner-operated, national, and fully integrated building and facilities services

1

provider and is part of a family of companies which include Environmental Services Concepts LLC ("ESC"). ESC is the named insured in a liability insurance policy issued by Markel American Insurance Company ("MARKEL").  Prior to the filing of the Complaint, IMI tendered the defense and indemnity of the complaint to ESC FED pursuant to a written contract which included an express indemnity provision and an additional insured provision in favor of IMI. MARKEL accepted the tender and assigned Tyson and Mendes to represent the interests of IMI.

3.  The First Amended Complaint ("FAC") was filed on February 29, 2024.

4.  The FAC named ECS Federal, LLC (not ESC FED) as an additional Defendant.

5.  Following the filing of the FAC, the parties had discussions regarding the proper defendant entity. Counsel for IMI advised counsel for Plaintiff that the correct entity to be named was ESC and that Counsel for IMI would also be representing ESC since the same insurance carrier, MARKEL, agreed to defend both IMI and ESC under the ESC MARKEL policy.

6.  Pursuant to the conversations between counsel, it was agreed that Plaintiff mistakenly named ECS Federal (not ESC FED) and not the proper entity ESC that was the named insured under the MARKEL policy. Counsel for Defendant acknowledged that there was some issue as to the correct entity and agreed the mistake was understandable and innocent.

7.  Plaintiff claims there are no statute of limitations issues and that the FAC relates back to the filing of the Complaint which was filed within two years of the subject incident which occurred on November 15, 2021.

8.  Defendant ESC, who will be represented by the same firm (Tyson & Mendes LLP) representing IMI, is reserving the right to argue the complaint does not relate back as to ESC but will file an answer to the Second Amended Complaint ("SAC") and potentially file a Motion for Summary Judgment later after discovery is conducted.

9.  The Answer of ESC to the SAC shall be filed ten (10) days after the entry of this Stipulation and Order.

10. ESC is aware of this stipulation and agrees to be bound by this stipulation. Once ESC makes an appearance in the case by filing an answer to the SAC, counsel of record for both IMI and ESC will be Tyson & Mendes LLP.

11. A copy of the SAC is attached as **Exhibit "A".**

The Dated this 24th day of June 2024.                Dated this 24th day of June 2024.

**MAROLA & RUIZ LAW GROUP PLLC**        **TYSON & MENDES LLP**


 */s/ Yvonne Ruiz*                                        */s/ Griffith H. Hayes*
ELAINE H. MARZOLA                           GRIFFITH H. HAYES
Nevada Bar No.: 12442                          Nevada Bar No. 7374
YVONNE RUIZ                                       CHRISTOPHER A. LUND
Nevada Bar No: 14111                            Nevada Bar No. 12435
8975 South Pecos Road, Suite 6B           2835 St. Rose Pkwy., Suite 140
Henderson, Nevada 89074                      Henderson, NV 89052
*Attorneys for Plaintiff*                           *Attorneys for Defendant IMI Miracle Mall LLC*


**IT IS SO ORDERED.**


_____
UNITED STATES MAGISTRATE JUDGE

DATED: 6/25/2024

3

| | |
|---|---|
| **From:** | Yvonne Ruiz |
| **To:** | Heidi Brown; Griffith Hayes |
| **Cc:** | 8c750dbbd+matter1365602871@maildrop.clio.com; Kelly Knaus |
| **Subject:** | RE: Tucker v. IMI ( 23-3388) |
| **Date:** | Monday, June 24, 2024 4:24:50 PM |
| **Attachments:** | image002.png |
| | image003.png |

You may affix my electronic signature.

Sincerely,

**\*Please note our new office address\***

Yvonne Ruiz, Esq.
Marzola & Ruiz Law Group PLLC
8975 S. Pecos Rd., Suite 6B
Henderson, Nevada 89074
T: 702-707-4878
F: 702-846-0776
D: 702-800-5961
Licensed in Nevada and California
yvonne@marzolaruizlaw.com
www.marzolaruizlaw.com



Confidentiality Notice: This message and any attachments are for the named person's use only. The message and any attachment may contain confidential, proprietary, or privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it. Please do not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient.  Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act.

**From:** Heidi Brown <HBrown@TysonMendes.com>
**Sent:** Monday, June 24, 2024 4:05 PM
**To:** Yvonne Ruiz <yvonne@marzolaruizlaw.com>; Griffith Hayes <ghayes@TysonMendes.com>

**Cc:** 8c750dbbd+matter1365602871@maildrop.clio.com; Kelly Knaus <kknaus@tysonmendes.com>
**Subject:** Tucker v. IMI ( 23-3388)
**Importance:** High

Dear Ms. Ruiz,

Attache for your review and approval please find the Stipulation and Order Regarding Plaintiff's Second Amended Complaint along with the exhibit. Please let me know if we can affix your signature and submit it to the court. Thank you.

 Heidi Brown
**Legal Assistant**
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Phone: 702.724.2648
Direct: 725.241.6133
Fax: 702.410.7684
hbrown@tysonmendes.com
www.tysonmendes.com

*This email and any attachments are from the law firm of Tyson & Mendes, LLP.  This email is intended only for the use of the addressee and may contain information that is proprietary, confidential, privileged, or protected by state or federal law.  If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this email and attachments are prohibited.  If you received this email in error, please notify us by reply email immediately so we may arrange for the retrieval of the information.*

# EXHIBIT A

ELAINE H. MARZOLA, ESQ.
Nevada Bar No. 12442
YVONNE RUIZ, ESQ.
Nevada Bar No. 14111
**MARZOLA & RUIZ LAW GROUP PLLC**
8975 S. Pecos Road, Suite 6B
Henderson, Nevada 89074
Telephone: (702) 707-4878
Facsimile: (702) 846-0776
elaine@marzolaruizlaw.com
yvonne@marzolaruizlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH TUCKER, individually;<br><br>Plaintiff,<br>vs.<br><br>IMI MIRACLE MILE LLC DBA MIRACLE MILE SHOPS, a Foreign Limited-Liability Company; Environmental Service Concepts, LLC, a Foreign Limited-Liability Company; and DOES I through X, inclusive,<br><br>Defendants. | CASE NO.:  2:23-cv-01794-JAD-DJA |

## SECOND AMENDED COMPLAINT

NOW COMES, Plaintiff, ELIZABETH TUCKER, by and through her attorneys of record, ELAINE H. MARZOLA, ESQ., and YVONNE RUIZ, ESQ., of the MARZOLA & RUIZ LAW GROUP, PLLC., hereby complains against Defendants, as follows:

1.      At all times mentioned, Plaintiff, ELIZABETH TUCKER, was and is a resident of Wilson, North Carolina.

1

2.     Plaintiff is informed and believes, and thereon alleges, that at all times relevant hereto, Defendant, IMI MIRACLE MILE LLC. dba MIRACLE MILE SHOPS, was and is a foreign Limited-Liability Company corporation doing business in Clark County, State of Nevada.

3.     Plaintiff is informed and believes, and thereon alleges, that at all times relevant hereto, Defendant, ENVIRONMENTAL SERVICE CONCEPTS, LLC, was and is a foreign Limited-Liability Company corporation doing business in Clark County, State of Nevada.

4.     All the facts and circumstances that give rise to the subject lawsuit occurred in Clark County, Nevada.

5.     The true names of DOES I through X, their citizenship and capacities, whether individual, corporate associate, partnership or otherwise, are unknown to Plaintiff who therefore sues these Defendants by such fictitious names.  Plaintiff is informed and believes, and therefore alleges, that each of the Defendants, designated as DOES I through X, are or may be, legally responsible for the events referred to in this action, and caused damages to the Plaintiff, as herein alleged, and Plaintiff will ask leave of this Court to amend the Complaint to insert the true names and capacities of such Defendants, when the same have been ascertained, and to join them in this action, together with the proper charges and allegations.

6.     DOES I through III are employers of Defendants who may be liable for Defendants' negligence pursuant to NRS 41.130, which states:

Except as otherwise provided in NRS 41.745, whenever any person shall suffer personal injury by wrongful act, neglect or default of another, the person causing the injury is liable to the person injured for damages; and where the person causing the injury is employed by another person or corporation responsible for his conduct, that person or corporation so responsible is liable to the person injured for damages.

2

7.     DOES IV through X may be individuals or entities who owned, managed, operated, controlled, supervised, inspected, maintained, consulted, advised, furnished, repaired, cleaned and/or were responsible for the property and/or premises known as Miracle Mile Shops located at 3663 Las Vegas Blvd S, Las Vegas, NV 89109 (hereinafter "Subject Property") and/or are in some other way responsible for Plaintiff's damages.

8.     Plaintiff is further informed and believes, and on that basis alleges, that certain witnesses are known to Plaintiff as witnesses.  However, Plaintiff does not yet know whether or not particular witnesses have culpability in this matter at this time. However, once Plaintiff has determined the true culpability of one or more of the DOE Defendants, Plaintiff will amend Plaintiff's complaint to set forth facts and claims alleging the actual culpability and to substitute such witnesses for DOE Defendants.

9.     At all times mentioned herein, Defendants, and each of them, were agents, servants, partners, employees or joint ventures of every other Defendants and/or DOE Defendants, and at all times mentioned herein were acting within the course and scope of said agency, partnership, employment, or joint venture, with knowledge, permission and consent of all said Defendants and/or DOE Defendants and each of them, and in furtherance of the Defendants' and/or DOE Defendants' business.

## FACTUAL ALLEGATIONS

10.    On November 15, 2021, Plaintiff, ELIZABETH TUCKER, was an invitee at the Subject Property when she slipped on a clear liquid that had spilled onto the steps of the escalator by Chick-Fil-A.

11.    On November 15, 2021, Defendant, IMI MIRACLE MILE LLC. dba MIRACLE MILE SHOPS, owned, controlled and maintained the Subject Property where Plaintiff was injured.

3

12.     Defendant, IMI MIRACLE MILE LLC. dba MIRACLE MILE SHOPS hired Defendant ENVIRONMENTAL SERVICE CONCEPTS, LLC to maintain the Subject Property where Plaintiff was injured at the time of the subject incident.

### FIRST CAUSE OF ACTION
**(Negligence)**

13.     Plaintiff repeats and realleges each and every allegation set forth above as through each were set forth herein.

14.     On November 15, 2021, while at the Subject Property, Plaintiff slipped and fell due to foreign substance on the escalator steps resulting in injuries to Plaintiff.

15.     Defendants and/or DOE Defendants had a duty to maintain the Subject Property in such a manner as to provide a safe environment for their invited guests.

16.     Defendants and/or DOE Defendants breached their duty in that they negligently failed to design, construct, control, supervise, inspect, maintain, manage, operate, consult, advise, furnish, clean and/or repair the Subject Property, thereby allowing a hazardous condition which resulted in Plaintiff's injuries.

17.     Defendants and/or DOE Defendants' negligence was the actual and proximate cause of injuries incurred by Plaintiff, resulting in medical expenses, permanent injury, lost wages and pain and suffering in an amount in excess of $15,000.00.

18.     It has been necessary for Plaintiff to retain the services of counsel to represent her in the above-entitled matter, and he should be awarded reasonable attorneys' fees and costs of suit incurred herein.

/ / /

/ / /

4

1

2

## SECOND CAUSE OF ACTION
### (Premises Liability)

3      19.    Plaintiff repeats and realleges each and every allegation set forth

4   above as through each were set forth herein.

5      20.    Defendants and/or DOE Defendants had a duty to maintain the

6   Subject Property in a reasonably safe condition and was negligent in doing so by

7   not keeping the floors/escalator in a safe condition.

      21.    Defendants and/or DOE Defendants had a duty to maintain the

8   Subject Property in a way that would not cause injury to patrons using the

9   premises.

10     22.    Plaintiff's injuries are of the type reasonably foreseeable as a result of

11   the dangerous condition.

12     23.    Defendants and/or DOE Defendants had actual or constructive notice

13   of the dangerous condition of the area prior to the time of Plaintiff's injury.

14     24.    Plaintiff's injuries were caused solely and proximately by the

    Defendant and/or DOE Defendants' negligence and without any contributory

15   negligence on the part of the Plaintiff.

16     25.    Defendants and/or DOE Defendants' negligence was the actual and

17   proximate cause of injuries incurred by Plaintiff, resulting in medical expenses,

18   permanent injury, lost wages and pain and suffering in an amount in excess of

19   $15,000.00.

20     26.    It has been necessary for Plaintiff to retain the services of counsel to

21   represent her in the above-entitled matter, and he should be awarded reasonable

    attorneys' fees and costs of suit incurred herein.

22     **WHEREFORE,** Plaintiff, expressly reserving the right to amend this

23   complaint prior to or at the time of trial of this action to insert those items of

24

5

damage not yet fully ascertainable, prays judgment against all Defendants, and each of them, as follows:

1. For general damages sustained by Plaintiff in an amount in excess of $15,000.00;

2. For special damages sustained by Plaintiff in an amount in excess of $15,000.00;

3. For reasonable attorney's fees and costs;

4. For interest at the statutory rate; and

5. For such other relief as the Court deems just and proper.

DATED: May 27, 2024.

**MARZOLA & RUIZ LAW GROUP**

ELAINE H. MARZOLA, ESQ.
Nevada Bar No. 12442
YVONNE RUIZ, ESQ.
Nevada Bar No. 14111
*Attorneys for Plaintiff*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I hereby certify that I am an employee of the MARZOLA & RUIZ LAW GROUP, PLLC and that on the 29th day of February, 2024, I caused the foregoing, **FIRST AMENDED COMPLAINT** to be served via electronic means upon the following:

Griffith H. Hayes, Esq.
**TYSON & MENDES LLP**
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant IMI Mirale*
*Mall d/b/a Miracle Mile Shops*

*/s/ Yvonne Ruiz*
_____

An employee of the MARZOLA & RUIZ

7