**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Email:  ghayes@tysonmendes.com
CHRISTOPHER A. LUND
Nevada Bar No. 12435
Email: clund@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendants IMI Miracle Mall LLC and Environmental Service Concepts, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH TUCKER, individually,<br><br>    Plaintiff,<br><br>    v.<br><br>IMI MIRACLE MALL LLC DBA MIRACLE MILE SHOPS, a Foreign Limited-Liability Company; and DOES I through X, inclusive,<br><br>    Defendants. | Case No.  2:23-cv-01794-JAD-DJA<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>ECF No. 40 |

It is hereby STIPULATED by and between Plaintiff ELIZABETH TUCKER, through her attorneys of record, Yvonne Ruiz, Esq. and Elaine H. Marzola, Esq. of the MARZOLA & RUIZ LAW GROUP PLLC, and Defendant IMI MIRACLE MALL LLC DBA MIRACLE MILE SHOPS, through their attorneys of record, Griffith H. Hayes, Esq. and Christopher A. Lund, Esq. of TYSON & MENDES, LLP, that above-entitled action be dismissed with prejudice in its entirety, with each party to bear their own fees and costs.

///

///

///

///

IT IS SO STIPULATED.

The Dated this 6th day of August 2024.    Dated this 6th day of August 2024.

**MARZOLA & RUIZ LAW GROUP PLLC**    **TYSON & MENDES LLP**

_/s/ Yvonne Ruiz_    _/s/ Griffith H. Hayes_
ELAINE H. MARZOLA    GRIFFITH H. HAYES
Nevada Bar No.: 12442    Nevada Bar No. 7374
YVONNE RUIZ    CHRISTOPHER A. LUND
Nevada Bar No: 14111    Nevada Bar No. 12435
8975 South Pecos Road, Suite 6B    2835 St. Rose Pkwy., Suite 140
Henderson, Nevada 89074    Henderson, NV 89052
*Attorneys for Plaintiff*    *Attorneys for Defendants IMI Miracle Mall LLC and Environmental Service Concepts, LLC*

### ORDER

Based upon the Stipulation of the parties [ECF No. 40] and with good cause appearing,

**IT IS ORDERED** that this case is **DISMISSED with prejudice,** each side to bear its own attorney fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 7, 2024

Respectfully submitted:

TYSON & MENDES LLP

_/s/ Griffith H. Hayes_
Griffith H. Hayes
Nevada Bar No. 7374
Christopher A. Lund
Nevada Bar No. 12435
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Attorneys for Defendants IMI Miracle Mall LLC and Environmental Service Concepts, LLC*